IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO A. ACOSTA | : CIVIL ACTION |
| v. | : NO. 20-5541 |
| GOVERNOR TOM WOLF, *et al.* | : |

## ORDER

**AND NOW**, this 12th day of November 2020, consistent with our obligations under 28 U.S.C. § 1915(e)(2)(B)(ii) to screen a Complaint seeking to proceed without paying the filing fees, finding Plaintiff asserts frivolous claims given his pending appeal, amendment is futile under Fed. R. Civ. P. 11, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **DENIED**;

2. We dismiss the Complaint (ECF Doc. No. 2) with prejudice as frivolous; and,

3. The Clerk of Court shall **close** this case.

KEARNEY, J.